IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDIA CARTER, | ) | Civil Action No. 02-CV-3602 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE WOOD COMPANY and | ) | |
| HELEN McINDOE, | ) | |
| Defendants. | ) | |

## PRAECIPE FOR APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the Defendants, The Wood Company and Helen McIndoe, in the above captioned matter.

TALLMAN, HUDDERS & SORRENTINO, P.C.

By:_____
Oldrich Foucek, III, Esquire
Attorney for Defendants
I.D. No. 21554
The Paragon Centre, Suite 300
1611 Pond Road
Allentown, PA 18104-2256
(610) 391-1800