IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDIA CARTER, | ) | Civil Action No. 02-CV-3602 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE WOOD COMPANY and | ) | |
| HELEN McINDOE, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Oldrich Foucek, III, Esquire, do hereby certify that on the 16th day of July, 2002, a true and correct copy of the foregoing Praecipe for Appearance for Defendants, The Wood Company and Helen McIndoe was served by first-class, postage prepaid, United States mail upon:

    David L. Deratzian, Esquire
    Hahalis & Kounoupis
    20 East Broad Street
    Bethlehem, PA 18018

    TALLMAN, HUDDERS & SORRENTINO, P.C.

    By:_____
      Oldrich Foucek, III, Esquire
      Attorney for Defendants
      I.D. No. 21554
      The Paragon Centre, Suite 300
      1611 Pond Road
      Allentown, PA 18104-2256
      (610) 391-1800