IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYDIA CARTER** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  02- CV- 3602 |
| | : | |
| **THE WOOD COMPANY, <u>et al.</u>** | : | |
| | : | |

**SCHEDULING ORDER**

     **AND NOW**, this _____ day of September, 2002, pursuant to Federal Rule of Civil Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. Joinder of parties and amendments to pleadings shall be completed by November 30, 2002.

2. Discovery shall be completed by December 31, 2002.

3. Plaintiff shall serve her expert report(s) on Defendants by December 31, 2002.

4. Defendants shall serve their expert report(s) on Plaintiff by January 30, 2003.

5. Dispositive motions shall be filed by February 15, 2003.

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), proposed voir dire questions, jury instructions, special interrogatories, verdict forms, and any motions <u>in limine</u> (with a copy of each also delivered to Chambers) by March 14, 2003.[1]

---

[1]     The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of final jury instructions, verdict forms or special interrogatories to the jury, and a statement of the case for use in the Court's preliminary instructions to the jury.  The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party.  Where agreement is not reached,

7.  The parties shall file and exchange exhibit(s) and witness lists in accordance with Federal Rule of Civil Procedure 26(a)(3) by April 14, 2003.  Any objections to the admissibility of exhibits so identified shall be filed and served on or before April 21, 2003.

8.  A final pretrial conference is scheduled for May 9, 2003, at 10:00 a.m.

9.  This case will be placed in the Court's trial pool on Friday, May 16, 2003.  Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN,  J.**

---

requests for jury instructions must be accompanied by citation of legal authority.  If a model jury instruction is used (e.g, Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.  Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.