IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDIA CARTER, | : | CIVIL ACTION NO.: 02-CV-3602 |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE WOOD COMPANY and HELEN McINDOE, | : | Assigned to the Honorable Bruce K. Kauffman |
| | : | |
|     Defendants. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Pa. R.C.P. 41(a)(1)(ii), the Plaintiff, with the stipulation and approval of Defendants as expressed hereby, voluntarily dismisses the above referenced action, **with prejudice**.

HAHALIS & KOUNOUPIS, P.C.

_/s/ David L. Deratzian_
David L. Deratzian, Esquire
Attorneys for Plaintiff, Lydia Carter
20 E. Broad Street
Bethlehem, PA 18018
(610) 865-2608

TALLMAN, HUDDERS & SORRENTINO, P.C.

_/s/ Oldrich Foucek, III_
Oldrich Foucek, III, Esquire
Attorneys for Defendants, The Wood Company and Helen McIndoe
1611 Pond Road, Suite 300
Allentown, PA 18104-2258
(610) 391-1800